**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

IAN JOHN HANUSCIN,

        Plaintiff(s),

v.

AARGON AGENCY, INC., a Nevada Corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,

        Defendant(s).

2:22-cv-00162-JAD-VCF

**ORDER**

Before me is the notice of settlement between plaintiff and defendant, Trans Union LLC (ECF No. 9).

Accordingly,

I ORDER that the parties must file a proposed stipulation and proposed order for dismissal on or before June 6, 2022.

DATED this 6th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1